UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62961-CIV-DIMITROULEAS/SNOW

CHERI HONEYWELL,

    Plaintiff,

vs.

PRINCESS ANNE MOTEL MANAGEMENT, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal with Prejudice [DE 8] (the "Notice"), filed herein on January 4, 2019. The Court has carefully considered the Notice, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Notice [DE 8] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 4th day of January, 2019.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record